1
2
3

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada Limited Liability Company;  MATHEW RASMUSSEN and LISA RASMUSSEN, husband and wife, residents of California;<br><br>Plaintiffs,<br><br>vs.<br><br>ORGANO GOLD INT'L., INC., a Washington corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1 - 25, JOHN DOES AND JANE DOES 26 – 50, XYZ CORPORATIONS AND LLCs 1 - 25, and XYZ CORPORATIONS AND LLCs 1 – 25;<br><br>Defendants. | CASE NO.: 12-cv-2104-LHK<br><br>~~(PROPOSED)~~ ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER LR 6-2 TO EXTEND TIME FOR FILING RESPONSE TO MOTION TO DISMISS |

The Plaintiffs and Defendant Organo Gold Int'l, Inc., by and through their attorneys undersigned pursuant to Local Rule 6-2 stipulated together to extend the time for Responding to said Defendant's Motion to Dismiss the Plaintiffs' Complaint until July 12, 2012 from the currently scheduled date of July 5, 2012; and

Good cause appearing therefor,

1

_____
ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER LR 6-2 TO EXTEND TIME FOR FILING RESPONSE TO MOTION TO DISMISS

IT IS HEREBY ORDERED that the due date for the Plaintiffs' Response is extended to July 12, 2012.


Dated: _July 2 _, 2012


_Lucy H. Koh_____
Lucy H. Koh
United States District Judge

_____
ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER LR 6-2 TO EXTEND TIME
FOR FILING RESPONSE TO MOTION TO DISMISS