UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada limited liability company; MATHEW RASMUSSEN and LISA RASMUSSEN, husband and wife, residents of California,<br><br>                Plaintiffs,<br>v.<br><br>ORGANO GOLD INT'L, INC., a Washington corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1-25; JOHN DOES AND JANE DOES 26-50; and XYZ CORPORATIONS AND LLCS 1-25,<br><br>                Defendants. | Case No.: 12-CV-2104-LHK<br><br>ORDER VACATING MOTION HEARING |

A hearing on Defendants' motion to dismiss and an initial case management conference are scheduled for September 20, 2012.  Pursuant to Civil Local Rule 7-1(b), the Court finds Defendants' motion to dismiss suitable for determination without oral argument.  Accordingly, the hearing on the motion to dismiss is hereby VACATED.  The case management conference remains set for September 20, 2012.  The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-2104-LHK
ORDER VACATING MOTION HEARING

1  Dated: September 18, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge