UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada limited liability company; MATHEW RASMUSSEN and LISA RASMUSSEN, husband and wife, residents of California,<br><br>        Plaintiffs,<br>v.<br><br>ORGANO GOLD INT'L, INC., a Washington corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1-25; JOHN DOES AND JANE DOES 26-50; and XYZ CORPORATIONS AND LLCS 1-25,<br><br>        Defendants. | Case No.: 12-CV-2104-LHK<br><br>ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT |

On December 2, 2012, the Court filed an order granting-in-part and denying-in-part Defendant Organo Gold's motion to dismiss, and granting Plaintiffs' leave to amend their first, second, and eighth causes of action for RICO violations and defamation. *See* Dkt. No. 50. The deadline to file an amended complaint is December 23, 2012, 21 days from the date of the Court's order granting leave to amend.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-2104-LHK
ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT

Dated: December 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge