1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada limited liability company; MATHEW RASMUSSEN and LISA RASMUSSEN, husband and wife, residents of California, <br><br>　　　　　　　Plaintiffs, <br>　　v. <br><br>ORGANO GOLD INT'L, INC., a Washington corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1-25; JOHN DOES AND JANE DOES 26-50; and XYZ CORPORATIONS AND LLCS 1-25, <br><br>　　　　　　　Defendants. | Case No.: 12-CV-2104-LHK <br><br> ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT |

On December 2, 2012, the Court filed an order granting-in-part and denying-in-part Defendant Organo Gold's motion to dismiss, and granting Plaintiffs' leave to amend their first, second, and eighth causes of action for RICO violations and defamation. *See* Dkt. No. 50. The deadline to file an amended complaint is December 23, 2012, 21 days from the date of the Court's order granting leave to amend.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-2104-LHK
ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT

1   Dated: December 13, 2012

_____
LUCY H. KOH
United States District Judge

2