

GRANTED

Judge Lucy H. Koh

1 David G. Eisenstein, Esq., California SBN: 224646
2 LAW OFFICES OF DAVID G. EISENSTEIN, P.C.
3 4027 Aidan Circle
Carlsbad, California 92008
4 (760) 730-7900
5 (760) 730-7903 FAX
attorney for the Plaintiffs
6 Titan Global LLC, Mathew Rasmussen
7 and Lisa Rasmussen

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada Limited Liability Company;  MATHEW RASMUSSEN and LISA RASMUSSEN, husband and wife, residents of California;<br><br>Plaintiffs,<br><br>vs.<br><br>ORGANO GOLD INT'L, INC., a Washington corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1 - 25, JOHN DOES AND JANE DOES 26 – 50, XYZ CORPORATIONS AND LLCs 1 - 25, and XYZ CORPORATIONS AND LLCs 1 – 25;<br><br>Defendants. | CASE NO.: 12-cv-2104-LHK<br><br>Honorable Lucy H. Koh<br><br>**REQUEST FOR TELEPHONIC APPEARANCE BY PLAINTIFFS AT THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: January 9, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Lucy H. Koh<br>Courtroom: #8, 4th Floor, 280 South First Street, San Jose, California<br>Complaint Filed: April 26, 2012 |

1

_____
REQUEST FOR TELEPHONIC APPEARANCE BY PLAINTIFFS AT THE FURTHER CASE MANAGEMENT CONFERENCE

Plaintiffs, by and through their attorney of record, David G. Eisenstein, hereby respectfully requests the Court's permission to appear by telephone at the Further Case Management Conference, currently scheduled to commence on January 9, 2013, at 2:00 p.m., before the Honorable Lucy H. Koh.

Dated this 26th day of December, 2012

/s/David Eisenstein
by, David G. Eisenstein, Esq., California SBN: 224646
LAW OFFICES OF DAVID G. EISENSTEIN, P.C.
4027 Aidan Circle
Carlsbad, California 92008
(760) 730-7900
(760) 730-7903 FAX
Eisenlegal@aol.com
attorney for the Plaintiffs
Titan Global LLC, Mathew Rasmussen
and Lisa Rasmussen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of December, 2012, I electronically filed the foregoing document and the attachments hereto with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ David G. Eisenstein*
David G. Eisenstein

2

_____
REQUEST FOR TELEPHONIC APPEARANCE BY PLAINTIFFS AT THE FURTHER CASE MANAGEMENT CONFERENCE