James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email:  jkachmar@weintraub.com

Attorneys for Defendants
ROMACIO FULCHER, RRAMON FULCHER, SR.,
TYRA FULCHER, and KYLE A. SOLON



GRANTED
*Lucy H. Koh*
Judge Lucy H. Koh

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada Limited Liability Company; MATHEW RASMUSSEN and LISA RASMUSSEN; husband and wife, residents of California,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ORGANO GOLD INT'L, INC., a Washington corporation; HOTLON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1-25, JOHN DOES AND JANE DOES 26-50, XYZ CORPORATIONIS AND LLCs 1-25, and XYZ CORPORATIONS AND LLCs 1-25,<br><br>          Defendants. | Case No. 12-cv-2104-LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANTS ROMACIO FULCHER, RRAMON FULCHER, SR.,TYRA FULCHER AND KYLE A.SOLON AT FURTHER CASE MANAGEMENT CONFERENCE**<br>Date:            January 9, 2013<br>Time:            2:00 p.m.<br>Courtroom:  8<br>Judge:           Hon. Lucy H. Koh<br>Complaint Filed:  April 26, 2012 |

Defendants ROMACIO FULCHER, RRAMON FULCHER, SR. TYRA FULCHER, and KYLE A. SOLON, through their attorney of record, James Kachmar, hereby respectfully request the Court's permission to appear by telephone at the Further Case Management Conference scheduled for January 9, 2013 at 2:00 p.m. before the Hon. Lucy H. Koh.

1     Respectfully submitted,

2 Dated: December 27, 2012     **weintraub** tobin chediak coleman grodin
law corporation

4     By:     /s/ James Kachmar
5     James Kachmar (SBN 216781)

6     Attorney for Defendants
ROMACIO FULCHER, RRAMON FULCHER, SR., TYRA FULCHER, and KYLE A. SOLON