1 | Brook B. Bond, SBN 144815
2 | PARSONS BEHLE & LATIMER
　 | 960 Broadway Avenue, Suite 250
3 | Boise, Idaho 83706
　 | Telephone: (208) 562-4900
4 | Facsimile: (208) 562-4901
　 | Email: bbond@parsonsbehle.com

Attorneys for Defendant
OrGano Gold Int'l, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada Limited Liability Company; MATHEW RASMUSSEN and LISA RASMUSSEN, husband and wife, residents of California,<br><br>Plaintiffs,<br><br>v.<br><br>ORGANO GOLD INT'L, INC., a Washington corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1-25; JOHN DOES AND JANE DOES 26-50; XYZ CORPORATIONS AND LLC'S 1-25; and XYZ CORPORATIONS AND LLCS 1-25,<br><br>Defendants. | Case No. 5:12-CV-2104-LHK<br>Honorable Lucy H. Koh<br><br>STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION |

COME NOW the parties, by and through their respective undersigned counsel of record, in compliance with the Local Rules of this Court, and hereby agree to the entry of the following Stipulated Order Re: Discovery of Electronically Stored Information.

PARSONS BEHLE & LATIMER
960 S. Broadway Ave.
Suite 250
Boise, ID 83706
O: (208) 562-4900
F: (208) 562-4901

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 1

**1. PURPOSE**

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

**2. COOPERATION**

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

**3. LIAISON**

The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI. Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

**4. PRESERVATION**

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

a) Only ESI created or received between January 1, 2008 and Final Disposition of this matter, as defined in the Stipulated Protective Order entered in this case, will be preserved;

b) The parties have agreed/will agree on the number of custodians per party for whom ESI will be preserved;

PARSONS BEHLE & LATIMER
960 S. Broadway Ave.
Suite 250
Boise, ID 83706
O: (208) 562-4900
F: (208) 562-4901

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 2

c) These data sources are not reasonably accessible because of undue burden or cost pursuant to FED. R. CIV. P. 26(b)(2)(B) and ESI from these sources will be preserved but not searched, reviewed, or produced: backup media systems in use by the parties prior to January 1, 2008, systems no longer in use that cannot be accessed, or any similar systems;

d) Among the sources of data the parties agree are not reasonably accessible, the parties agree not to preserve the following: digital voicemail, instant messaging, and automatically saved versions of documents;

e) In addition to the agreements above, the parties agree data from these sources (a) could contain relevant information but (b) under the proportionality factors, should not be preserved: social media material.

**5. SEARCH**

The parties agree that in responding to an initial FED. R. CIV. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.

**6. PRODUCTION FORMATS**

The parties agree to produce documents in ☒ PDF, ☐ TIFF, ☐ native, and/or ☒ paper, or a combination thereof (check all that apply), file formats. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

**7. DOCUMENTS PROTECTED FROM DISCOVERY**

a) Pursuant to FED. R. EVID. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-

PARSONS BEHLE & LATIMER
960 S. Broadway Ave.
Suite 250
Boise, ID 83706
O: (208) 562-4900
F: (208) 562-4901

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 3

1  product-protected documents in this case as part of a mass production is not itself a waiver in this case or in
2  any other federal or state proceeding.
3    b)  Communications involving trial counsel that post-date the filing of the complaint need not be
4  placed on a privilege log. Communications may be identified on a privilege log by category, rather than
5  individually, if appropriate.

**8.  MODIFICATION**

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

IT IS SO STIPULATED, through Counsel of Record.

DATED THIS 8th day of January, 2013.

                  LAW OFFICES OF DAVID G. EISENSTEIN, P.C.

By */s/ David G. Eisenstein*
    David G. Eisenstein
    Attorneys for Plaintiffs

DATED THIS 8th day of January, 2013.

                  PARSONS BEHLE & LATIMER

By */s/ Brook B. Bond*
    Brook B. Bond
    Attorneys for Defendant
    OrGano Gold Int'l, Inc.

PARSONS BEHLE & LATIMER
960 S. Broadway Ave.
Suite 250
Boise, ID 83706
O: (208) 562-4900
F: (208) 562-4901

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 4

DATED THIS 8th day of January, 2013.

          WEINTRAUB GENSHLEA CHEDIAK TOBIN & TOBIN


By  */s/ Charles L. Post*
    Charles L. Post
    James Kachmar
Attorneys for Defendants
Romacio Fulcher, Rramon Fulcher, Sr., Tyra Fulcher, and Kyle A. Solon

DATED THIS 8th day of January, 2013.

          WELLMAN & WARREN LP


By  */s/ Anabella Q. Bonfa*
    Scott W. Wellman
    Anabella Q. Bonfa
Attorneys for Defendants
Attorneys for Earlene and Holton Buggs, Jr.

## **ORDER**

IT IS ORDERED that the forgoing Agreement is approved.

DATED THIS   9th   day of    January    , 2013.


*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

PARSONS BEHLE & LATIMER
960 S. Broadway Ave.
Suite 250
Boise, ID 83706
O: (208) 562-4900
F: (208) 562-4901

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

                                      */s/ Brook B. Bond*
                                      Brook B. Bond

4825-5928-1170.4

PARSONS BEHLE & LATIMER
960 S. Broadway Ave.
Suite 250
Boise, ID 83706
O: (208) 562-4900
F: (208) 562-4901

STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION - 6