David G. Eisenstein, SBN 224646
LAW OFFICES OF DAVID G. EISENSTEIN, P.C.
4027 Aidan Circle
Carlsbad, CA  92008
Telephone:  (760) 730-7900
Facsimile:  (760) 730-7903
Email:  eisenlegal@aol.com

Attorney for Plaintiffs
Titan Global LLC, Mathew Rasmussen and Lisa Rasmussen

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TITAN GLOBAL LLC, a Nevada Limited Liability Company; MATHEW RASMUSSEN and LISA RASMUSSEN, husband and wife, residents of California,<br><br>Plaintiffs,<br><br>v.<br><br>ORGANO GOLD INT'L, INC., a Washington corporation; HOLTON BUGGS JR. and JANE DOE BUGGS, Texas residents; ROMACIO FULCHER, a single man and a California resident; RRAMON FULCHER SR. and TYRA FULCHER, husband and wife, California residents; KYLE A. SOLON, a single man and a California resident; JOHN DOES AND JANE DOES 1-25; JOHN DOES AND JANE DOES 26-50; XYZ CORPORATIONS AND LLCS 1-25; and XYZ CORPORATIONS AND LLCS 1-25,<br><br>Defendants. | Case No. 5:12-CV-2104-LHK<br>Honorable Lucy H. Koh<br><br><br>ORDER <s>(PROPOSED)</s> FOR DISMISSAL WITH PREJUDICE<br><br><br>Courtroom:  8<br>Judge:  Hon. Lucy H. Koh<br>Complaint Filed:  April 26, 2012 |

The parties, by and through their respective undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), have moved this Court for an order dismissing any and all claims and

ORDER FOR DISMISSAL WITH PREJUDICE - 1

1 | causes of action asserted herein by or against any and all parties hereto, with prejudice and without an award
2 | of costs or attorneys' fees to any party.

      GOOD CAUSE APPEARING, the case is hereby dismissed with prejudice, without an award of costs or attorneys' fees to any party.  Defendants' pending motion to dismiss (ECF No. 73) and the pending motion for admission pro hac vice (ECF No. 78) are denied as moot.  The Clerk shall close the file.  IT IS SO ORDERED.

Date: April 15, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
District Court Judge